**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                          **CASE NO: 1:04cr04-SPM/AK**

**WILLIAM CLARK GIBBONS, JR.,**

      **Defendant.**

_____/

**FINAL ORDER OF FORFEITURE AS TO ALL PARTIES**

**THIS CAUSE** is before the Court on the Motion of the United States of America for a Final Order Of Forfeiture As To All Parties as to the following property:

> *$100,000.00 U.S. Currency in Lieu of Real Property Located at 10101 S.W. 8th Avenue, Gainesville, Florida, and 10229 S.W. 8th Avenue, Gainesville, Florida*

**WHEREAS**, on March 16, 2005, this Court entered a Preliminary Order Of Forfeiture against the property described above; and

**WHEREAS**, on August 27, 2005, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of the forfeiture of the property above and the intent of the United States of America to dispose of the property in accordance

with the law, and further notifying all third parties of their right to petition within thirty (30) days of the final publication setting forth their interest in said property; and

**WHEREAS**, no other persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

**DONE AND ORDERED** this 30th day of October, 2005, at Gainesville, Florida..

*s/ Stephan P. Mickle*
STEPHAN P. MICKLE
United States District Judge